CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

MAR 06 2015

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAMES A. STOKES, | ) | |
| Plaintiff, | ) | Civil Action No. 7:15-cv-00066 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| SGT. WILHELM, et al, | ) | By: Glen E. Conrad |
| Defendant(s). | ) | Chief United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 6th day of March, 2015.

_____
Chief United States District Judge